**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Viorel Pricop,<br><br>　　　　Defendant. | No. CR-22-02747-001-TUC-JCH (EJM)<br><br>**ORDER** |

　　　　Before the Court is Defendant's Motion to Stay Trial (Doc. 132), which the government opposes. This trial is currently set to begin August 11, 2025. Defendant was convicted in a similar case before the Central District of California, and that conviction is on appeal before the Ninth Circuit. Defendant contends the appeal raises several issues, any one of which, if successful, would affect his case before this Court. Defendant moves to stay this case until the appeal is decided. For the following reasons, the Court will deny the Motion to Stay.

　　　　First, Defendant is already in custody serving a prison term. He is represented by court appointed counsel. Defendant will not be prejudiced if the trial proceeds on August 11. Any prejudice would, instead, be borne by the government, who may have to retry the case if Defendant's appeal is successful.

　　　　Second, the government has already made travel arrangements for several out of state witnesses. Unwinding those plans last-minute would create a significant burden on the government and its witnesses.

1    Third, a stay will disrupt the Court's busy calendar. Defendant has consistently
2 asserted his speedy trial rights. The Court has set aside four weeks to accommodate this
3 trial. Staying the case on such short notice and resetting the trial in the future would be
4 very disruptive to the Court's calendar.

5    Fourth, the Court is somewhat aware of the issues Defendant raises in the related
6 appeal. The Court has considered several of those issues independently. The Court is
7 satisfied that its decisions are sound.

8    Accordingly,

9    **IT IS ORDERED denying** Defendant's Motion to Stay Trial (Doc. 132). The trial
10 will proceed on August 11, 2025.

11    Dated this 5th day of August, 2025.

_____
John C. Hinderaker
United States District Judge